1  **MORGAN, LEWIS & BOCKIUS LLP**
   JOSEPH DUFFY (SBN 241854)
2  JOSEPH V. QUATTROCCHI (SBN 257568)
   300 South Grand Avenue
3  Twenty-Second Floor
   Los Angeles, CA  90071-3132
4  Tel:      213.612.2500
   Fax:      213.612.2501
5  Email:   jduffy@morganlewis.com
            jquattrocchi@morganlewis.com
6
   Attorneys for Defendant
7  JPMORGAN CHASE BANK, N.A.

8

9              UNITED STATES DISTRICT COURT

10           FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                      WESTERN DIVISION

12

13 | NOEMI PENALOZA, an individual,         | Case No. CV14-2571 JEM
14 |                  Plaintiff,             |
   |                                          | **DEFENDANT'S CORPORATE**
15 |          vs.                            | **DISCLOSURE STATEMENT AND**
   |                                          | **CERTIFICATION AS TO**
16 | SELECT PORTFOLIO SERVICING,             | **INTERESTED PARTIES**
   | INC.; JPMORGAN CHASE BANK,              |
17 | N.A.; and Does 1 to 50, inclusive,      | [Fed. R. Civ. Proc. 7.1; Civil L.R. 3-16]
18 |                  Defendants.             |
   |                                          | (Removed from Superior Court of
19                                             California, County of Los Angeles Case
                                               No.: SC122156)

20

21

22

23

24

25

26

27

28

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

DB2/ 24887569.1

                                          1

                                                        CORPORATE DISCLOSURE STATEMENT
                                                        & CERTIFICATION OF INTERESTED
                                                                              PARTIES

The undersigned, counsel of record for Defendant JPMORGAN CHASE BANK, N.A. ("Defendant") certifies based on current knowledge, the following:

1. Plaintiff Noemi Penaloza is a party to this action.

2. Defendant, JPMorgan Chase Bank, N.A. is a party to this action.

3. JPMorgan Chase Bank, N.A. is 100% owned by JPMorgan Chase & Co.

4. JPMorgan Chase & Co. is publicly traded on the NYSE (JPM).

5. There are no publically held corporations that hold ten percent or more of JPM stock.

6. Co-Defendant SELECT PORTFOLIO SERVICING, INC. is a party to this action.

Dated: April 4, 2014

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By /s/ Joseph V. Quattrocchi
JOSEPH V. QUATTROCCHI
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 24887569.1

2

CORPORATE DISCLOSURE STATEMENT
& CERTIFICATION OF INTERESTED
PARTIES

# PROOF OF SERVICE

I, Victoria L. Rader, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. On April 4, 2014, I served a copy of the within document(s):

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION AS TO INTERESTED PARTIES**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☒ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

Stephen R. Golden
Te'Aira L. Law
Stephen R. Golden & Associates
600 North Rosemead Blvd., Suite 100
Pasadena, CA 91107
Tel: 626.584.7800

Select Portfolio Servicing, Inc.
c/o CSC – Corporation Service Co.
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on April 4, 2014, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Victoria L. Rader