*Exhibit 8*

OFFICE LOCATION:

Mission Viejo:
26060 Acero Pkwy Ste 115, Mission Viejo, CA 92691
Phone: (800) 489.6038
Fax: (800) 791.4915



**CONSUMER CARE LAW GROUP**
*Consumer focused. Result driven.*

ATTORNEY:

Michael Wallace Johnson
mike@consumercarelaw.com

---

May 21, 2013

Michelle Diggs, Supervisor
Laquasha Smith
Chase Fulfillment Center
P. O. Box 469030
Glendale, CO 80246

**VIA FACSIMILLE: 866-282-5682**

Re:   Loan Number:   5304276446
      Client Name:   Penaloza, Noemi
      Address:       11332 Youngworth St.
                     Culver City, CA 90230

Dear Ms. Diggs and Ms. Smith,

Please know that we have attempted to call Laquasha Smith our Customer Relationship Manager assigned to the Noemi Penaloza file on several occasions and Ms. Smith did not call back on any of the calls we did on the following dates: May 6, 2013, May 17, 2013 and May 20, 2013 we called Ms. Smith and left a voice message for a call back on those occasion and did not receive a call back on any of those days. On May 17, Ms. Smith did answer the call and simply stated she could not speak to us as an entity and did not elaborate as to why that was and promptly terminated that call.

Additionally, I followed up with Ms. Diggs yesterday and was told the same thing. I am enclosing our third party authorization for your reference and to confirm our scheduled call for Today between 3pm – 4pm PST at phone number (800) 489-6038. We ask you please contact us as soon as possible and provide status on the loan modification request for Ms. Penaloza.

Sincerely,

Michael W. Johnson
Cc:Client
Enclosure: Authorization

Page 1